**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN PERFECTO-SANCHEZ,<br><br>　　　　　　Defendant. | Case No. 22-cr-00603-JLS<br>　　　　　　22-MJ-0722<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325(a)(1) – Improper Entry by an Alien (Misdemeanor); Title 8, U.S.C., Sec. 1326(a) – Removed Alien Found in the United States (Felony) |
|---|---|

　　The United States Attorney charges:

### Count 1

　　On or about February 23, 2022, within the Southern District of California, defendant JUAN PERFECTO-SANCHEZ, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers; in violation of Title 8, United States Code, Section 1325 (a)(1), a misdemeanor.

### Count 2

　　On or about February 24, 2022, within the Southern District of California, defendant JUAN PERFECTO-SANCHEZ, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States, without the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the

FAN:lml:3/4/2022

1 | defendant's reapplication for admission to the United States; in
2 | violation of Title 8, United States Code, Section 1326(a).

    DATED: 3/4/2022            .

                                            RANDY S. GROSSMAN
                                            United States Attorney

                                            FRANCISCO A. NAGEL
                                            Assistant U.S. Attorney